1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kolin C. Tang (SBN 279834)
**SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP**
1401 Dove Street, Suite 540
Newport Beach, CA 92660
Phone: 323-510-4060
Fax: 866-300-7367
ktang@sfmslaw.com

*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAREFUL SHOPPER, LLC, ADAM J.<br>STARKE and SORA STARKE, and<br>DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 8:19-CV-00082-JLS-KES<br><br>JUDGE: JOSEPHINE L. STANTON<br><br>MAGISTRATE JUDGE: KAREN E.<br>SCOTT<br><br>**JOINT STIPULATION FOR<br>ORDER REGARDING SERVICE<br>OF SUMMONS AND TIME TO<br>RESPOND TO COMPLAINT** |

## JOINT STIPUATION REGARDING SERVICE OF SUMMONS
## AND TIME TO RESPOND TO THE COMPLAINT

Plaintiff TP-Link USA Corporation ("TP-Link USA") and Careful Shopper, LLC ("CSC"), Adam J. Starke and Sora Starke (collectively "Defendants") by and through their respective undersigned counsel, and subject to this Court's approval and to the reservation of rights contained below, agree to stipulate as follows:

WHEREAS on January 15, 2019, Plaintiff filed the Complaint in this action (ECF No. 1) naming CSC, Adam J. Starke and Sora Starke as Defendants;

WHEREAS, as of the date hereof Defendants have not been served due to the logistics of an attempted service on a religious holiday;

WHEREAS, there is currently no deadline for any Defendant to answer or otherwise respond to the Complaint;

WHEREAS no previous request for an extension of time has been needed to answer or otherwise respond to the Complaint and this request does not affect any other scheduled dates;

WHEREAS, Defendants have agreed, through counsel, to waive service of the Complaint and agreed to allow counsel to accept service on its behalf;

WHEREAS, on March 6, 2019, counsel for Defendants were served with copies of the summons (ECF Nos. 10, 10-1 and 10-2), Civil Cover Sheet (ECF No. 2); Complaint (ECF No. 1), the Court's initial standing order (ECF No. 11); and Notice to Parties of Court−Directed ADR Program (ECF No. 9);

WHEREAS, Plaintiff and Defendants have agreed to the below schedule for Defendants to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among all Parties, through their undersigned counsel, as follows:

1.      Subject to the provisions set forth in paragraph 2 below and the reservation of rights in paragraph 3 below, Defendants waive service of the

Summons and Complaint and waive any objections to the absence of a summons or of service.  Accordingly, Plaintiff is not required to file proof of service.

      2.     The time for Defendants to move against, answer, or otherwise respond to the Complaint is extended to and includes May 6, 2019.

      3.     Defendants waive any objections to the absence of a summons or of service of the Complaint, but keep all defenses or objections to the filing of the lawsuit in this District, the Court's jurisdiction, the venue of the action, and improper naming of any Defendant.

Dated: March 7, 2019

**LTL ATTORNEYS LLP**

By:    */s/ Heather F. Auyang*
Heather F. Auyang (SBN 191776)
Prashanth Chennakesavan (SBN 284022)
300 S Grand Ave, 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Fax: (213) 612-3773
Email: heather.auyang@ltlattorneys.com
prashanth.chennakesavan@ltlattorneys.com

*Attorneys for Plaintiff*

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

By:    */s/ Kolin C. Tang*
Kolin C. Tang (SBN 279834)
James C. Shah (SBN 260435)
1401 Dove Street, Suite 540
Newport Beach, CA 92660
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email:  jshah@sfmslaw.com
        ktang@sfmslaw.com

*Attorney for Defendants*

1

**<u>ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4(a)(2)</u>**

2

　　The filer attests that all other signatories listed, and on whose behalf the

3

filing is submitted, concur in the filing's content and have authorized the filing.

4

5

Dated: March 7, 2019

　　　　　　　　　　　　　/s/*Kolin C. Tang*

6

　　　　　　　　　　　　　Kolin C. Tang

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR ORDER REGARDING SERVICE OF SUMMONS AND TIME
TO RESPOND TO COMPLAINT, Case No. 8:19-CV-00082-JLS-KES