UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAREFUL SHOPPER, LLC, a New York company et al.,<br><br>　　　　Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed and considered the parties' Joint Stipulation. Based on the Stipulation, it is hereby ORDERED that the case management conference scheduled for May 31, 2019 is CONTINUED to July 12, 2019 at 10:30 a.m. The deadline for filing the Joint Rule 26(f) Report, set forth in the Order Setting Scheduling Conference, is extended accordingly to June 28, 2019.

The parties shall file a notice with the Court when the Eastern District of New York issues a ruling on TP-Link's Motion to Dismiss.

IT IS SO ORDERED.

Dated: May 22, 2019

Hon. Josephine L. Staton
United States District Judge