JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-00082-JLS-KES                                         Date: June 19, 2019
Title: TP Link USA Corporation v. Careful Shopper LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER STAYING ACTION PENDING NEW YORK COURT'S DISPOSITION OF PERSONAL JURISDICTION MOTION; VACATING HEARING ON MOTION TO DISMISS, TRANSFER, OR STAY (Doc. 21) AND SCHEDULING CONFERENCE**

Defendants move, in part, to transfer this action to the Eastern District of New York because of the earlier-filed action, *Careful Shopper, LLC v. TP-Link USA Corp., et al.*, No. 1:18-cv-03019-RJD-RML (E.D.N.Y.2018) ("the New York Action") (Mot., Doc. 21.) TP Link has filed a motion to dismiss the New York Action for lack of personal jurisdiction, which has yet to be decided. (*See* Mem. at 3.) The decision of whether to transfer this case to the Eastern District of New York may be mooted by the New York Court's determination of TP Link's personal jurisdiction motion.

Accordingly, the Court STAYS this action pending the New York court's disposition of TP Link's personal jurisdiction motion. The parties are ORDERED to notify the Court within five (5) days of the New York court's disposition of TP Link's motion. Further, the hearing set for Defendants' Motion (Doc. 21) on June 21, 2019, at 10:30 a.m., and the Scheduling Conference set for July 12, 2019 are VACATED.

Initials of Preparer: tg

_____