JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-00082-JLS-KES                                       Date: October 18, 2019
Title: TP Link USA Corporation v. Careful Shopper LLC et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER LIFTING STAY AND DIRECTING THE PARTIES TO FILE AN AMENDED JOINT RULE 26(f) REPORT**

On June 19, 2019, the Court issued an order staying this action pending a decision on TP Link's motion to dismiss for lack of personal jurisdiction in an earlier-filed action in the Eastern District of New York, *Careful Shopper, LLC v. TP-Link USA Corp., et al.*, No. 1:18-cv-03019-RJD-RML (E.D.N.Y. 2018) ("the New York Action"). (Doc. 30.)  On September 30, 2019, the New York district court granted TP Link's motion to dismiss the New York Action, concluding that it lacked personal jurisdiction over TP Link.  (*See* Doc. 32-1 at 12-13.)

Accordingly, the Court LIFTS the stay in this action.

Within fourteen days of the entry of this Order, the parties are directed to confer and file an Amended Joint Rule 26(f) Report that conforms with the Court's Order Setting Scheduling Conference.  (Doc. 23.)

                                                                        Initials of Preparer:  tg