_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  SACV 19-00082-JLS (KES) | Date:  November 14, 2019 |
| Title:  TP Link USA Corporation v. Careful Shopper LLC et al | |

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) SCHEDULING ORDER

     Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order.  Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date.  (*See* <<http://www.cacd.uscourts.gov/honorable-josephine-l-staton>> for closed civil motions hearing dates; *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

     To conform with the Court's presumptive schedule, the schedule set forth below may have been adjusted from that proposed by the parties.  (*See* Order Setting Scheduling Conference at 2.)  These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances.  *See* Fed. R. Civ. P. 16(b)(4).  Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

     The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference.  The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference.  Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

| | |
|---|---|
| Last Day to File a Motion to Add Parties and Amend Pleadings: | January 14, 2020 |
| Fact Discovery Cut-off: | July 2, 2020 |
| Last Day to File Motions (excluding *Daubert* Motions and all other Motions in Limine): | July 17, 2020 |
| Last Day to Serve Initial Expert Reports: | July 17, 2020 |

_____

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-00082-JLS (KES)                            Date:  November 14, 2019
Title:  TP Link USA Corporation v. Careful Shopper LLC et al

| | |
|---|---|
| Last Day to Serve Rebuttal Expert Reports: | August 14, 2020 |
| Last Day to Conduct Settlement Proceedings: | September 4, 2020 |
| Expert Discovery Cut-off: | September 11, 2020 |
| Last Day to File *Daubert* Motions: | September 18, 2020 |
| Last Day to File Motions in Limine (excluding *Daubert* motions): | October 9, 2020 |
| Final Pretrial Conference (10:30 a.m.): | November 6, 2020 |
| Preliminary Trial Estimate:[1] | 4-5 days |

Initials of Preparer:  tg

___

[1] This is the parties' estimate.  The Court may allot fewer days for trial.

___