# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>CAREFUL SHOPPER, LLC,<br><br>    Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>    Third-Party Defendants. | Case No. 8:19-CV-00082-JLS-KES<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING SERVICE OF SUMMONS AND TIME TO RESPOND TO ANSWER, COUNTERCLAIMS AND THIRD-PARTY COMPLAINT** |

Having considered the Joint Stipulation for Order regarding Service of Summons and Time to Respond to Answer, Counterclaims and Third-Party Complaint submitted by the Parties, the Court hereby extends the time for Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America Inc., to move against, answer, or otherwise respond to the Answer, Counterclaims and Third-Party Complaint up to and including January 3, 2020.

IT IS SO ORDERED.

DATED: November 27, 2019

_____
Hon. Josephine L. Staton
United States District Judge