LTL ATTORNEYS LLP
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiff
TP-Link USA Corporation and
Third-Party Defendant TP-Link North America, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>CAREFUL SHOPPER, LLC,<br><br>    Counterclaimant-<br>    Third-Party Plaintiff,<br><br>    v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>    Third-Party Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**JOINT STIPULATION FOR ORDER REGARDING ENLARGEMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS**<br><br>Hearing Date:  March 13, 2020<br>Hearing Time:  10:30 a.m.<br>Courtroom:  10A<br><br>Complaint Filed: Jan. 15, 2019<br><br>Answer, Counterclaims and Third-Party Complaint Filed: Nov. 12, 2019<br><br>Amended Answer, Counterclaims and Third-Party Complaint Filed: Jan. 3, 2020 |

No. 8:19-CV-00082-JLS-KES
JOINT STIPULATION FOR ORDER REGARDING ENLARGEMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS

Plaintiff TP-Link USA Corporation ("TP-Link USA") and Third-Party Defendant TP-Link North America, Inc. ("TP-Link NA") (together, "TP-Link") and Careful Shopper, LLC ("CSC") (collectively, the "Parties"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on January 15, 2019, TP-Link USA filed the Complaint in this action naming CSC, Adam J. Starke and Sora Starke as Defendants (ECF No. 1);

WHEREAS, on November 12, 2019: (1) CSC, Adam J. Starke and Sora Starke filed an Answer to the Complaint; (2) CSC filed Counterclaims against TP-Link USA; and (3) CSC filed a Third-Party Complaint against TP-Link NA and Auction Brothers, Inc. dba Amazzia ("Amazzia") (ECF No. 36);

WHEREAS, on January 3, 2020, (1) CSC, Adam J. Starke and Sora Starke filed an Amended Answer to the Complaint; (2) CSC filed Amended Counterclaims against TP-Link USA; and (3) CSC filed an Amended Third-Party Complaint against TP-Link NA and Amazzia (ECF No. 54);

WHEREAS, on January 17, 2020, TP-Link filed a Motion to Strike and/or Dismiss CSC's Amended Counterclaims and Third-Party Complaint (ECF No. 62) ("TP-Link Motion");

WHEREAS, TP-Link has agreed to CSC's request for a three-page expansion of the page limits provided in L.R. 11-6 for CSC's anticipated opposition to TP-Link's motion under L.R. 7-9; and

WHEREAS, the parties state the following:

**Careful Shopper's Good Cause Statement**

Good cause exists for the requested expansion because:

This is a case of unusual history, breath and depth.  Originally filed in the Eastern District of New York, the proceedings there are relevant to the instant proceedings, which from Careful Shopper's standpoint are a *verbatim* repetition.  The

operative pleading now include a Sherman Act claim and state law intentional tort. The issues abound, and capable defense counsel have raised issues with a citation that require significant space to address.   Careful Shopper has spent much time paring the document for unnecessary parentheticals, explanatory matter, argumentative focusing, and the like.  The Table of Contents attests to the extraordinary breath of subject matter . . .  and the economy in treating it:

## TABLE OF CONTENTS

Table of Authorities ................................................................................................... iv

I     SUMMARY OF CASE ................................................................................... 1

II     FACTUAL BACKGROUND ......................................................................... 2

III     TP-LINK'S ANTI-SLAPP MOTION ............................................................ 7

       A.    Timeliness .............................................................................................. 7

       B.    TP-Link's Challenged Conduct is not "Protected" Under anti-SLAPP. 8

       C.    Probability of Prevailing on Counterclaims ....................................... 11

            1.    The "Probability of Prevailing" Standard .................................... 11

            2.    TP-Link's Exact Words to Amazon ............................................. 11

            3.    CSC's Pleading of Special Damages ............................................ 13

            4.    TP-Link's Repeated Counterfeiting Complaints Were Actionable Tort . . not Mere Opinion ............................................................. 13

       D.    Litigation Privilege ............................................................................. 14

       E.    Defamation Sufficiently Pled .............................................................. 15

       F.    TP-Link's Interference with CSC's Amazon Relationship was Accomplished by Wrongful Acts ....................................................... 15

IV    SHERMAN ACT  . . . JOINT COLLABORATION AND EXCLUSIONARY CONDUCT ................................................................................................... 17

    A.    Amazzia is an Actual and/or Potential Competitor of TP-Link ........... 17

    B.    The Amazzia-TP-Link Agreement is the Paradigmatic Agreement in Restraint of Trade ................................................................................ 19

    C.    The Complaint Properly Alleges that the Defendants Contracted and Conspired to Eliminate Price Competition for TP-Link Products Sold on Amazon ........................................................................................ 21

        1.    The Noerr-Pennigton Doctrine does not Shield the Sham at Issue Here from Antitrust Scrutiny ....................................................... 21

        2.    *Copperweld* does not Bar Suit Against Concerted Actors .......... 24

        3.    CSC Has Suffered Antitrust Injury ............................................ 26

        4.    ACC Sufficiently Alleges a Relevant Market ............................ 27

V    CONCLUSION ............................................................................................... 28

Careful Shopper has been guided in its brief by what it believes the Court needs to fully appreciate the context and grounds of decision.

**TP-Link's Statement**

TP-Link stipulates to the requested relief as a courtesy and takes no position on Careful Shopper's good cause statement.

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

CSC's page limit for its memorandum of points and authorities opposition to TP-Link's Motion may be expanded to 28 pages.

Dated: January 23, 2020

3    No. 8:19-CV-00082-JLS-KES

JOINT STIPULATION FOR ORDER REGARDING ENLARGEMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS

| **LTL ATTORNEYS LLP** | **LAW OFFICES OF MARK SCHLACHET** |
|---|---|
| By: */s/ Heather F. Auyang*<br>Heather F. Auyang (SBN 191776)<br>Prashanth Chennakesavan (SBN 284022)<br>300 S Grand Ave, 14th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 612-8900<br>Fax: (213) 612-3773<br>Email:<br>heather.auyang@ltlattorneys.com<br>prashanth.chennakesavan@ltlattorneys.com<br><br>*Attorneys for Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America Inc.* | By: */s/ Mark Schlachet*<br>Mark Schlachet (OSB 0009881)<br>[Admitted PHV]<br>Email: markschlachet@me.com<br>3515 Severn Road<br>Cleveland, Ohio 44118<br>Tel: (216)225-7559<br>Fax: (216)932-5390<br><br>Christopher J. Hammond (SBN 150024)<br>Email: chammond@bizlawpro.com<br>21540 Prairie Street, Unit A<br>Chatsworth, CA 91311<br>Tel: (866)625-2529<br>Fax: (866)463-9285<br><br>*Attorney for Defendant, Counterclaimant and Third-Party Plaintiff Careful Shopper, LLC* |

## **SIGNATURE ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 23, 2020    LTL ATTORNEYS LLP

By:  */s/ Heather F. Auyang*

5    No. 8:19-CV-00082-JLS-KES

JOINT STIPULATION FOR ORDER REGARDING ENLARGEMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS