Click here to enter your name and address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TP-Link USA Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-00082-JLS-KES |
| v. | |
| Careful Shopper LLC, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tuffaha, Omar H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(323) 206-0206      (213) 612-3773
*Telephone Number*    *Fax Number*

omar.tuffaha@ltlattorneys.com
*E-Mail Address*

of LTL ATTORNEYS LLP
575 Fifth Ave., 15th Floor
New York, NY 10017
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TP-Link USA Corporation
TP-Link North America Inc.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Third-Party Defendant

**and designating as Local Counsel**

Tuffaha, Joedat H.
*Designee's Name (Last Name, First Name & Middle Initial)*

253723           (213) 612-8900        (213) 612-3773
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

joe.tuffaha@ltlattorneys.com
*E-Mail Address*

of LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Floor
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

**Dated: January 27, 2020**

JOSEPHINE L. STATON
**U.S. District Judge**