UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**ORDER ON JOINT STIPULATION FOR ORDER REGARDING STAY OF DISCOVERY PENDING RESOLUTION OF TP-LINK'S MOTION TO STRIKE AND/OR DISMISS CAREFUL SHOPPER'S AMENDED COUNTERCLAIMS AND THIRD-PARTY COMPLAINT** |
| CAREFUL SHOPPER, LLC,<br><br>        Counterclaimant-<br>        Third-Party Plaintiff,<br><br>    v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>        Third-Party Defendants. | |

The Court having considered the Parties' Joint Stipulation Regarding Stay of Discovery Pending Resolution of TP-Link's Motion to Strike and/or Dismiss Careful Shopper's Amended Counterclaims and Third-Party Complaint, hereby ORDERS that:

All discovery is stayed until the Court rules on TP-Link's motion to strike and/or dismiss. If the Court denies TP-Link's motion, then the stay is lifted and discovery shall resume.

IT IS SO ORDERED.

Dated: January 28, 2020

_____
Hon. Josephine L. Staton
United States District Judge

1