UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>CAREFUL SHOPPER, LLC,<br><br>    Counterclaimant-<br>    Third-Party Plaintiff,<br><br>v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>    Third-Party Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**ORDER ON JOINT STIPULATION REGARDING ENLARGEMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS** |

The Court having considered the Parties' Joint Stipulation Regarding Enlargement of Careful Shopper's Brief in Opposition to TP-Link's Motion to Strike and/or Dismiss, hereby ORDERS that: Careful Shopper's page limit for its memorandum of points in opposition to TP-Link's Motion to Strike and/or Dismiss may be expanded to 28 pages.

IT IS SO ORDERED.

Dated: January 28, 2020

Hon. Josephine L. Staton
United States District Judge