# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TP Link USA Corporation | CASE NUMBER: 8:19-cv-00082-JLS-KES |
| v. Plaintiff(s) | |
| Careful Shopper LLC | NOTICE OF MEDIATION DATE |
| Defendant(s). | |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for September 9, 2020    at 10:00    ☑ a.m. / ☐ p.m.

**LOCATION:** Burkhalter et al. (Andrew Cummings, Esq.), 2020 Main St. Suite 600, Irvine CA 92614

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** January 30, 2020

**Panel Mediator:** Diane L. Faber
**Address:** 9232 Airdrome St.
Los Angeles CA 90035
**Phone:** (310) 202-7272