Mark Schlachet (OSB 0009881) [Admitted PHV]
 markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559
Fax: (216)932-5390
*Attorney for Defendants*

Christopher J. Hammond (SBN 150024)
 chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285
*Local Counsel for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**JOINT STIPULATION FOR ORDER PERMITTING AMENDMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS**<br><br>Hearing Date:    March 13, 2020<br>Hearing Time:    10:30 a.m.<br>Courtroom:       10A<br><br>Complaint Filed: Jan. 15, 2019<br><br>Answer, Counterclaims and Third-Party Complaint Filed: Nov. 12, 2019<br><br>Amended Answer, Counterclaims and Third-Party Complaint Filed: Jan. 3, 2020 |
| CAREFUL SHOPPER, LLC,<br><br>        Counterclaimant-<br>        Third-Party Plaintiff,<br><br>    v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>        Third-Party Defendants. | |

JOINT STIPULATION FOR ORDER PERMITTING AMENDMENT OF CAREFUL SHOPPER'S BRIEF
IN OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS

Plaintiff TP-Link USA Corporation ("TP-Link USA") and Third-Party Defendant TP-Link North America, Inc. ("TP-Link NA") (together, "TP-Link") and Careful Shopper, LLC ("CSC") (collectively, the "Parties"), by and through their respective undersigned counsel, and subject to this Court's approval, stipulate and agree as follows:

WHEREAS, on January 3, 2020, (1) CSC, Adam J. Starke and Sora Starke filed an Amended Answer to the Complaint; (2) CSC filed Amended Counterclaims against TP-Link USA; and (3) CSC filed an Amended Third-Party Complaint against TP-Link NA and Amazzia (ECF No. 54);

WHEREAS, on January 17, 2020, TP-Link filed a Motion to Strike and/or Dismiss CSC's Amended Counterclaims and Third-Party Complaint (ECF No. 62) ("TP-Link Motion");

WHEREAS, the Court has heretofore afforded Careful Shopper an additional three (3) pages of briefing upon parties' stipulation (ECF No. 69);

WHEREAS, Careful Shopper's Opposition to TP-Link's Motion to Strike and/or Dismiss CSC's Amended Counterclaims and Third-Party Complaint was due on or before February 7, 2020 but filed January 30, 2020; and

WHEREAS Careful Shopper has, since January 30, 2020 identified two unreported Rule 12(b)(6) rulings that it wishes to include it its opposition brief;

WHEREAS Careful Shopper seeks to amend its opposition to TP-Link's motion for purposes of citing and providing unreported materials related to the decisions at issue; and

WHEREAS, the parties state the following:

**Careful Shopper's Good Cause Statement**

Good cause exists for the requested amendment to ECF No. 70 because:

Careful Shopper has searched all reported databases repeatedly, using a multitude of keywords and concepts, to zero in on the most current authorities that,

1 hopefully, can assist the Court in rendering its decision on dispositive matters in

2 process.  Despite such efforts Careful Shopper found no reported cases ruling on the

3 sufficiency of the state law claims similar to those pending in this case.  Subsequent

4 to January 30, 2020, while researching discovery-related issues, undersigned located

5 unreported-untranscribed cases in two Districts that Careful Shopper believes are

6 relevant.

7      Careful Shopper is aware that the submission of unreported, unpublished

8 rulings has generated a significant amount of discussion over the years.  FRAP

9 32.1 provides that "[a] court may not prohibit or restrict the citation of federal judicial

10 opinions, orders, judgments, or other written dispositions that have been (i)

11 designated as 'unpublished,' 'not for publication,' 'non-precedential,' 'not precedent,' or

12 the like; and (ii) issued on or after January 1, 2007."  *Inland Concrete Enters. v.*

13 *Kraft*, 318 F.R.D. 383, 406 (C.D. Cal. 2016).  This Court's "Local Civil Rule 11-3.9,

14 Citations, does not purport to restrict the right of judges or parties to cite unpublished

15 decisions." *Id.*  LR 11-3.9 appears to welcome any Federal decision when it requires a

16 specified citation regimen "if available."

17      Our view of the two transcripts proposed for submission  is that a transcript of

18 a bench ruling cited on the docket sheet is a "written disposition" for purposes of

19 FRAP 32.1.  We also believe that the rulings are of interest in addressing the precise

20 circumstances at bar vis-à-vis their legal sufficiency.

21 **TP-Link's Statement**

22      TP-Link, stipulates to the requested relief as a courtesy and takes no position

23 on Careful Shopper's good cause statement. It will address the cited authorities in its

24 reply brief.

25      NOW THEREFORE, the Parties, by and through their respective counsel,

26 hereby STIPULATE AND AGREE as follows:

27      CSC may be permitted, subject to Court approval, to amend its Opposition (ECF

28

No. 70) to cite the two at-issue cases and provide the transcribed rulings therein, but shall not include any additional argument; and

The page limits previously ordered remain in effect, save and except the presentation of supplemental material contemplated hereby.

Dated: February 7, 2020

**LTL ATTORNEYS LLP**

By: <u>Prashanth</u> Chennakesavan
Heather F. Auyang (SBN 191776)
Prashanth Chennakesavan (SBN 284022)
300 S Grand Ave, 14th Floor
Los Angeles, CA 90071
Phone: (213) 612-8900
Fax: (213) 612-3773
Email:
heather.auyang@ltlattorneys.com
prashanth.chennakesavan@ltlattorneys.com

*Attorneys for Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America Inc.*

**LAW OFFICES OF MARK SCHLACHET**

By: <u>Mark Schlachet</u>____
Mark Schlachet (OSB 0009881)
[Admitted PHV]
Email: markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559
Fax: (216)932-5390

Christopher J. Hammond (SBN 150024)
Email: chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529
Fax: (866)463-9285

*Attorney for Defendant, Counterclaimant and Third-Party Plaintiff Careful Shopper, LLC*

1

## **SIGNATURE ATTESTATION**

2      I hereby attest that the other signatories listed, on whose behalf the filing is

3  submitted, concur in the filing's content and have authorized the filing.

4

5  DATED:  February 7, 2020                LTL ATTORNEYS LLP

6                                                    By:    /s/Mark Schlachet

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4                              No. 8:19-CV-00082-JLS-KES

JOINT STIPULATION FOR ORDER PERMITTING AMENDMENT OF CAREFUL SHOPPER'S BRIEF IN
OPPOSITION TO TP-LINK'S MOTION TO STRIKE AND/OR DISMISS