BURKHALTER KESSLER CLEMENT & GEORGE LLP
Alton G. Burkhalter, Esq. (SBN)119595
Email: aburkhalter@bkcglaw.com
Joshua A. Waldman, Esq. (SBN 3222859)
Email: jwaldman@bkcglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone:  (949) 975-7500
Facsimile:  (949) 975-7501

Attorneys for Third-Party Defendant Auction Brothers, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>CAREFUL SHOPPER, LLC,<br><br>Counterclaimant-<br>Third-Party Plaintiff,<br><br>v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>Third-Party Defendants. | Case No.: 8:19-CV-00082-JLS-KES<br>Honorable Josephine L. Staton<br>Courtroom 10A<br><br>**NOTICE OF JOINDER OF AUCTION BROTHERS, INC. IN MOTION OF TP-LINK'S NOTICE OF MOTION AND MOTION TO STRIKE AND/OR DISMISS AMENDED COUNTERCLAIMS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Cal. Code Civ. P. 425.16 and Fed. R. Civ. P. 12<br><br>Hearing Date:   March 13, 2020<br>Hearing Time:   10:30 a.m.<br>Courtroom:        10A<br><br>Complaint Filed: January 15, 2019 |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT PLEASE TAKE NOTICE** that Third-Party Defendant Auction Brothers, Inc. dba Amazzia ("Amazzia"), by and through its counsel of record, hereby join in Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America, Inc.'s (together, "TP-Link") Motion To Strike And/Or Dismiss Amended Counterclaims, and identified as Document No. 62 on the Court's docket (the "TP-Link's Motion").

By this Joinder, Amazzia joins in all the arguments made in TP-Link's Motions, and relief requested, including but not limited to the arguments set forth in the memorandum of points and authorities, and supporting evidence. Amazzia is alleged to be an agent of TP-Link and thereby stands in an equivalent position as TP-Link for purposes of the arguments set forth in TP-Link's Motion, and any relief granted to the TP-Link should be equally granted to Amazzia. Further, Amazia reserves the right to present oral argument to the Court at the hearing on TP-Link's Motion.

DATED:  February 10, 2020            Respectfully submitted,

                                     BURKHALTER KESSLER
                                     CLEMENT & GEORGE LLP


                                     By:   /s/ Joshua A. Waldman
                                           Alton G. Burkhalter, Esq.
                                           Joshua A. Waldman, Esq.
                                           Attorneys for Third-Party Defendant,
                                           Auction Brothers, Inc.

Case 8:19-cv-00082-JLS-KES   Document 73   Filed 02/10/20   Page 3 of 3   Page ID #:929

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF JOINDER OF AUCTION BROTHERS, INC. IN MOTION OF TP-LINK'S NOTICE OF MOTION AND MOTION TO STRIKE AND/OR DISMISS AMENDED COUNTERCLAIMS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** were served upon all parties that have appeared in this action either individually or through counsel via electronic mail and U.S. Mail, addressed below as follows:

SHEPHERD, FINKELMAN, MILLER & SHAH LLP
James C. Shah (SBN 260435)
35 E State Street
Media, PA 19063
Telephone (610) 891-9880
Facsimile: (866) 300-7367
jshah@sfmslaw.com
Attorneys for Defendant Careful Shopper, LLC, Adam Starke and Sora Starke


LAW OFFICE OF MARK SCHLACHET
Mark Schlachet *(admitted pro hac vice)*
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com
Attorneys for Defendant Careful Shopper, LLC, Adam Starke and Sora Starke


Dated:  February 10, 2020          By:    */s/ Joshua A. Waldman*
                                          Joshua A. Waldman

3

**AUCTION BROTHERS, INC.'S NOTICE OF JOINDER IN
TP-LINK'S MOTION TO STRIKE AND/OR DISMISS**