BURKHALTER KESSLER CLEMENT & GEORGE LLP
Alton G. Burkhalter, Esq. (SBN)119595
Email: aburkhalter@bkcglaw.com
Joshua A. Waldman, Esq. (SBN 3222859)
Email: jwaldman@bkcglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone:  (949) 975-7500
Facsimile:  (949) 975-7501

Attorneys for Third-Party Defendant Auction Brothers, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>              Plaintiff,<br><br>vs.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No.: 8:19-CV-00082-JLS-KES<br>Honorable Josephine L. Staton<br>Courtroom 10A<br><br>**THIRD-PARTY DEFENDANT AUCTION BROTHERS, INC. dba AMAZZIA'S NOTICE OF INTERESTED PARTIES** |
| CAREFUL SHOPPER, LLC,<br><br>              Counterclaimant-<br>              Third-Party Plaintiff,<br><br>vs.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>              Third-Party Defendants. | |

Pursuant to Feder Rules of Civil Procedure 7.1, the undersigned, counsel of record for Third-Party Defendant, Auction Brothers, Inc. dba Amazzia ("Amazzia"), hereby certifies that Amazzia has no parent corporation and no publicly held corporation owns more than 10% of Amazzia stock.

DATED: February 10, 2020	Respectfully submitted,

BURKHALTER KESSLER
CLEMENT & GEORGE LLP

By:	*/s/ Joshua A. Waldman*
	Alton G. Burkhalter, Esq.
	Joshua A. Waldman, Esq.
	Attorneys for Third-Party Defendant, Auction Brothers, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THIRD-PARTY DEFENDANT AUCTION BROTHERS, INC. dba AMAZZIA'S NOTICE OF INTERESTED PARTIES** were served upon all parties that have appeared in this action either individually or through counsel via electronic mail and U.S. Mail, addressed below as follows:

SHEPHERD, FINKELMAN, MILLER & SHAH LLP
James C. Shah (SBN 260435)
35 E State Street
Media, PA 19063
Telephone (610) 891-9880
Facsimile: (866) 300-7367
jshah@sfmslaw.com
Attorneys for Defendant Careful Shopper, LLC, Adam Starke and Sora Starke


LAW OFFICE OF MARK SCHLACHET
Mark Schlachet *(admitted pro hac vice)*
3515 Severn Road
Cleveland, Ohio 44118
Telephone: (216) 225-7559
Facsimile: (216) 932-5390
markschlachet@me.com
Attorneys for Defendant Careful Shopper, LLC, Adam Starke and Sora Starke


Dated:  February 10, 2020          By:     */s/ Joshua A. Waldman*
                                                  Joshua A. Waldman