| | |
|---|---|
| 1 | Christopher J. Hammond (SBN 150024) |
| 2 | chammond@bizlawpro.com |
| 3 | 21540 Prairie Street, Unit A |
|   | Chatsworth, CA 91311 |
| 4 | Tel: (866)625-2529 Fax: (866)463-9285 |
| 5 | *Local Counsel for Defendants* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TP-LINK USA CORPORATION,<br>    Plaintiff,<br>v.<br><br>ADAM & SORA STARKE,<br>    Defendants,<br>   and<br>CAREFUL SHOPPER, LLC, *et al.*<br>Defendant-Counterclaimant-<br>Third-Party Plaintiff,<br><br>v.<br><br>TP-LINK NORTH AMERICA INC,<br>   and<br>AUCTION BROTHERS, INC.<br>dba AMAZZIA,<br>    Third-Party Defendants. | CASE NO: 8:19-cv-00082-JLS-KES<br><br>**[PROPOSED] ORDER GRANTING MOTION OF CAREFUL SHOPPER LLC FOR RECONSIDERATION OF ECF 82**<br><br>[Filed with: Memorandum of Points and Authorities; Declaration of Mark Schlachet, Esq; Proposed Order]<br><br>Hearing Date: June 26, 2020<br><br>Hearing Time: 10:30 a.m.<br><br>Courtroom: 10A<br><br>Complaint filed: January 15, 2019 |

The court, having considered the Motion of Careful Shopper LLC for Reconsideration of ECF 82 ("Motion") and the parties' positions and arguments related thereto, hereby orders that the Motion is granted and, accordingly, ECF 82 at decretal paragraphs IV. 1 and 2 is vacated and Careful Shopper shall have 14 days

within which to amend its state law counterclaims for tortious interference with existing and prospective business relationships and trade libel.

DATE:_____         IT IS SO ORDERED.

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE