LTL ATTORNEYS LLP
Heather F. Auyang (SBN 191776)
  heather.auyang@ltlattorneys.com
Joe H. Tuffaha (SBN 253723)
  joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
  prashanth.chennakesavan@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel:  (213) 612-8900
Fax:  (213) 612-3773

Attorneys for Plaintiff
TP-Link USA Corporation and
Third-Party Defendant TP-Link North America, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>CAREFUL SHOPPER, LLC,<br><br>　　　　Counterclaimant-<br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>　　　　Third-Party Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**DECLARATION OF HEATHER F. AUYANG IN SUPPORT OF TP-LINK'S OPPOSITION TO CAREFUL SHOPPER'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING THE DEADLINE TO RESPOND TO TP-LINK'S MOTION FOR FEES PURSUANT TO THE COURT'S MARCH 23 ORDER [ECF NO. 82]** |

No. 8:19-CV-00082-JLS-KES
DECLARATION OF HEATHER F. AUYANG

## DECLARATION OF HEATHER F. AUYANG

I, Heather F. Auyang, declare as follows:

1. I am an attorney duly admitted to practice before this Court and an attorney in the law firm LTL Attorneys LLP, counsel of record for Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America, Inc. (together, "TP-Link"). I make this declaration in support of TP-Link's Opposition to Careful Shopper's *Ex Parte* Application for an Order Extending the Deadline to Respond to TP-Link's Motion for Fees Pursuant to the Court's March 23 Order [ECF No. 82]. I have personal knowledge of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. On March 29, 2020, Careful Shopper requested a meet and confer pursuant to L.R. 7-3 regarding Careful Shopper's intention to file a motion for reconsideration of the Court's March 23, 2020 order. On April 1, 2020, the parties held a teleconference to discuss TP-Link's motion for fees and Careful Shopper's motion for reconsideration. During this call, Careful Shopper did not mention continuing or staying the deadline for TP-Link's fees motion.

3. TP-Link's position during the parties' meet and confer efforts was that Careful Shopper is simply using its meritless reconsideration motion as a delay tactic to avoid TP-Link's fees motion. TP-Link had in fact held off on filing its motion for fees and costs in the hopes that the parties could work out a stipulation agreeing to the amount; however, Careful Shopper took an untenable position based on the premise that $13,000 is a reasonable amount. A true and correct copy of the parties' email thread is attached as **Exhibit A**.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States. Executed on April 15, 2020 at Mill Valley, California.

_____
Heather F. Auyang