**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

> On March 23, 2020 the Court granted TP Link's Motion to Strike two of Careful Shopper's counterclaims under California's anti-SLAPP statute. (Doc. 82.) In compliance with that Order, on April 20, 2020, TP Link filed its request for attorney's fees incurred in connection with bringing its Motion to Strike. (Doc. 92.) Careful Shopper now seeks leave to exceed the 25-page limit placed on the length of its opposition brief under Local Rule 11-6. Careful Shopper states it requires "30 pages, including approximately 12 footnotes, 6 of which are 10 lines or more" to respond to TP Link's fees motion. (Doc. 93 at 3.) TP Link stipulated to the request as a courtesy. (*Id.*) Careful Shopper states that there is good cause to exceed the page limit because it must fully respond to each issue raised in TP Link's fees motion. (*Id.*) The body of that motion (Doc. 92) *is twelve pages*. The Court is confident in counsel's ability to set forth Careful Shopper's arguments in an opposition brief that complies with the Local Rule's page limit. Careful Shopper's opposition shall not exceed 25 pages. Nor may footnotes be employed to skirt the page limit.
>
> Date: 04/27/2020       Judge Josephine L. Staton

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>―――――――――――<br><br>CAREFUL SHOPPER, LLC,<br><br>　　　　Counterclaimant-<br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>　　　　Third-Party Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING ENLARGEMENT OF CAREFUL SHOPPER'S BRIEF IN OPPOSITION TO TP-LINK'S MOTION TO FIX ATTORNEY FEES [ECF 92]** |

The Court having considered the Parties' Joint Stipulation Regarding Enlargement of Careful Shopper's Brief in Opposition to TP-Link's Motion to Fix Attorney Fees (ECF 92), hereby ORDERS that:

Careful Shopper's page limit for its memorandum of points in opposition to TP-Link's Motion to Fix Attorney Fees may be expanded to 30 pages, as further described in the Joint Stipulation.

IT IS SO ORDERED.

Dated: _____, 2020

**DENIED**
BY ORDER OF THE COURT
_____
Hon. Josephine L. Staton
United States District Judge