Mark Schlachet (OSB 0009881) [Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559 Fax: (216)932-5390
*Attorney for Defendants*

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529 Fax: (866)463-9285
*Local Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TP-LINK USA CORPORATION,<br>                    Plaintiff,<br><br>        v.<br><br>ADAM & SORA STARKE,<br>                    Defendants,<br>        and<br>CAREFUL SHOPPER, LLC, *et al.*<br>Defendant-Counterclaimant-<br>Third-Party Plaintiff,<br><br>        v.<br><br>TP-LINK NORTH AMERICA INC,<br>        and<br>AUCTION BROTHERS, INC.<br>dba AMAZZIA,<br>            Third-Party Defendants. | CASE NO:  8:19-cv-00082-JLS-KES<br><br>**ERRATA TO CAREFUL SHOPPER'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF ECF 82 [ECF 97]**<br><br>Hearing Date: June 26, 2020<br><br>Hearing Time: 10:30 a.m.<br><br>Courtroom: 10A<br><br>Complaint filed: January 15, 2019 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that  Careful Shopper's Reply Memorandum In Support of Its Motion For Reconsideration of ECF 82 [ECF 97] requires the following corrections:

- On six (6) occasions plaintiff erroneously referred to Local Rule 7-18 as Local Rule "7.18," to wit: pages ii:8, 4:2, 8:5, 9:8, 11:15(2)

- At page 8:7 "ECF 97, page 7" should be changed to "ECF 95, page 7:17-21"

Respectfully submitted,

Dated: June 9, 2020

/s/ Mark Schlachet
Mark   Schlachet   (OSB   0009881)
[Admitted PHV]
markschlachet@me.com
3515 Severn Road
Cleveland, Ohio 44118
Tel: (216)225-7559
Fax: (216)932-5390

Christopher J. Hammond (SBN 150024)
chammond@bizlawpro.com
21540 Prairie Street, Unit A
Chatsworth, CA 91311
Tel: (866)625-2529
Fax: (866)463-9285

*Attorneys for Defendant-Counterclaimant and Third-Party Plaintiff Careful Shopper, LLC*