LTL ATTORNEYS LLP
Heather F. Auyang (SBN 191776)
　heather.auyang@ltlattorneys.com
Joe H. Tuffaha (SBN 253723)
　joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
　prashanth.chennakesavan@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiff
TP-Link USA Corporation and
Third-Party Defendant TP-Link North America, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>CAREFUL SHOPPER, LLC,<br><br>　　　　Counterclaimant-<br>　　　　Third-Party Plaintiff,<br><br>　　v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>　　　　Third-Party Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF TP-LINK'S OPPOSITION [ECF NO. 96] TO CAREFUL SHOPPER'S MOTION FOR RECONSIDERATION [ECF NO. 88]**<br><br>Hearing Date: June 26, 2020<br>Hearing Time: 10:30 a.m.<br>Courtroom: 10A<br><br>Complaint Filed: January 15, 2019 |

No. 8:19-CV-00082-JLS-KES
TP-LINK'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America, Inc. ("TP-Link"), by and through their counsel of record, hereby submit this Notice of Supplemental Authority in support of TP-Link's Opposition [ECF No. 96] to Careful Shopper's Amended Motion for Reconsideration [ECF No. 88] to bring to the Court's attention the recent Opinion by Judge Percy Anderson, dated June 10, 2020, in *Thimes Solutions Inc. v. TP-Link USA Corporation* et al. ("*Thimes* Opinion"), Case No. 2:19-CV-10374 (ECF No. 103). A true and correct copy of the *Thimes* Opinion is attached hereto as **Exhibit A**.

Dated: June 11, 2020

Respectfully submitted,

LTL ATTORNEYS LLP

By: */s/ Heather F. Auyang*
    Heather F. Auyang
    Joe H. Tuffaha
    Prashanth Chennakesavan

*Attorneys for Plaintiff*
*TP-Link USA Corporation and*
*Third-Party Defendant TP-Link*
*North America, Inc.*