UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-00082-JLS-KES                               Date: June 25, 2020

Title: TP Link USA Corporation v. Careful Shopper LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TAKING MOTION FOR RECONSIDERATION UNDER SUBMISSION (Doc. 88)**

     Before the Court is Defendant and Counterclaimant's Motion for Reconsideration, currently set for hearing on June 26, 2020, at 10:30 a.m. (Mot., Doc. 88.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  Accordingly, the hearing is VACATED and the Court takes the matter UNDER SUBMISSION.

                                                                Initials of preparer: tg