UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  8:19-cv-00082-JLS-KES                              Date:  August 04, 2020
Title:  TP Link USA Corporation v. Careful Shopper LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER SETTING HEARING ON TP LINK'S MOTION FOR FEES (Doc. 92)**

On March 23, 2020 the Court granted Plaintiff and Counter-defendant TP Link's Motion to Strike two of Defendant and Counterclaimant Careful Shopper's counterclaims under California's anti-SLAPP statute. (Order Granting TP Link's Motion to Strike, Doc. 82.) In compliance with that Order, on April 20, 2020, TP Link filed its request for attorney's fees incurred in connection with bringing its Motion to Strike. (Fees Motion, Doc. 92.) The Court explained that it would defer ruling on TP Link's Fees Motion until after it decided Careful Shopper's Motion for Reconsideration of the Court's Order Granting TP Link's Motion to Strike. (*See* Doc. 91.) On June 30, 2020, the Court denied Careful Shopper's Motion for Reconsideration. (Order Denying Reconsideration, Doc. 101.)

The Court now SETS TP Link's Fees Motion for hearing on the first available hearing date, **January 8, 2021, at 10:30 a.m.**

Initials of Preparer: _____