LTL ATTORNEYS LLP
Heather F. Auyang (SBN 191776)
　heather.auyang@ltlattorneys.com
Joe H. Tuffaha (SBN 253723)
　joe.tuffaha@ltlattorneys.com
Prashanth Chennakesavan (SBN 284022)
　prashanth.chennakesavan@ltlattorneys.com
300 South Grand Ave., 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900
Fax: (213) 612-3773

Attorneys for Plaintiff
TP-Link USA Corporation and
Third-Party Defendant TP-Link North America, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>　　　Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| CAREFUL SHOPPER, LLC,<br><br>　　　Counterclaimant-<br>　　　Third-Party Plaintiff,<br><br>　v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>　　　Third-Party Defendants. | |

WHEREAS, Plaintiff TP-Link USA Corporation, Third-Party Defendant TP-Link North America, Inc., and Defendants Careful Shopper, LLC, Adam Starke and Sora Starke (collectively, the "Parties") have settled this action between them pursuant to a separate settlement agreement;

IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. All claims and causes of action pending between the Parties in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a); and
2. Each party shall bear its own costs and attorneys' fees.

Dated: October 15, 2020

| **LTL ATTORNEYS LLP** | **LAW OFFICES OF MARK SCHLACHET** |
|---|---|
| By: */s/ Heather F. Auyang*<br>Heather F. Auyang (SBN 191776)<br>Prashanth Chennakesavan (SBN 284022)<br>300 S Grand Ave, 14th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 612-8900<br>Fax: (213) 612-3773<br>Email:<br>heather.auyang@ltlattorneys.com<br>prashanth.chennakesavan@ltlattorneys.com<br><br>*Attorneys for Plaintiff TP-Link USA Corporation and Third-Party Defendant TP-Link North America Inc.* | By: */s/ Mark Schlachet*<br>Mark Schlachet (OSB 0009881)<br>[Admitted PHV]<br>Email: markschlachet@me.com<br>3515 Severn Road<br>Cleveland, Ohio 44118<br>Tel: (216)225-7559<br>Fax: (216)932-5390<br><br>Christopher J. Hammond (SBN 150024)<br>Email: chammond@bizlawpro.com<br>21540 Prairie Street, Unit A<br>Chatsworth, CA 91311<br>Tel: (866)625-2529<br>Fax: (866)463-9285<br><br>*Attorney for Defendant, Counterclaimant and Third-Party* |

*Plaintiff Careful Shopper, LLC; and Defendants Adam Starke and Sora Starke*

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 15, 2020    LTL ATTORNEYS LLP

By:  */s/ Heather Auyang*