JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TP-LINK USA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>CAREFUL SHOPPER, LLC, ADAM STARKE, SORA STARKE, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 8:19-CV-00082-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL** |
| CAREFUL SHOPPER, LLC,<br><br>    Counterclaimant-<br>    Third-Party Plaintiff,<br><br>  v.<br><br>TP-LINK USA NORTH AMERICA INC. and AUCTION BROTHERS, INC. dba AMAZZIA,<br><br>    Third-Party Defendants. | |

The Court, having considered the JOINT STIPULATION OF DISMISSAL filed by Plaintiff TP-Link USA Corporation, Third-Party Defendant TP-Link North America, Inc., and Defendants Careful Shopper, LLC, Adam Starke and Sora Starke (collectively, the "Parties"), hereby ORDERS that:

1. All claims and causes of action pending between the Parties in this action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a); and
2. Each party shall bear its own costs and attorneys' fees.

Dated: October 16, 2020

JOSEPHINE L. STATON
Hon. Josephine L. Staton
United States District Judge